**Mary Lee MOORE, Appellant,**

v.

**Richard JACOBS and R and S Jacobs, Respondents.**

No. 46361.

Missouri Court of Appeals, Eastern District, Division Three.

July 26, 1983.

Raymond Howard, St. Louis, for appellant.

Richard Jacobs, pro se.

ORDER

PER CURIAM:

This is an appeal from the grant of a motion for summary judgment in a quiet title suit.

The judgment of the trial court is affirmed. Rule 84.16(b). Respondents' motion for damages pursuant to Rule 84.19 is denied.